UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA NEMCIK,<br><br>          Plaintiff,<br><br>     v.<br><br>SAN MATEO POLICE DEPARTMENT, et al.,<br><br>          Defendants. | Case No. 3:16-cv-02777-JD<br><br>**JUDGMENT** |

On July 27, 2016, the Court dismissed the complaint in this case for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6). Dkt. No. 10. Plaintiff Nemcik was given until August 8, 2016 to file an amended complaint, but has not done so. Consequently, pursuant to Federal Rule of Civil Procedure 58, the Court enters judgment against plaintiff Tanya Nemcik.

**IT IS SO ORDERED.**

Dated: August 25, 2016

_____
JAMES DONATO
United States District Judge